# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

October 16, 2020

**BY ECF and EMAIL**
Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

So ordered.  /s/ Alvin K. Hellerstein
October 18, 2020

Re:   **United States v. Marco Suazo Nunez**
**20 Cr. 393 (AKH)**

Dear Judge Hellerstein,

With the consent of the Government and Pretrial Services, I write to request a modification of Mr. Suazo Nunez' bail conditions to home detention with location monitoring. I further request that Mr. Suazo Nunez be permitted to obtain employment, subject to approval by Pretrial Services.

While out on bail Mr. Suazo Nunez has been compliant with the mandates set forth by the Court and Pretrial Services. He reports regularly to Pretrial Services and maintains communication with my office.

Thank you for your consideration of this application.

Respectfully submitted,

Tamara L. Giwa
Counsel for Mr. Suazo Nunez
Federal Defenders of New York
(917) 890-9729

Cc:   AUSA Sarah Kushner (via email)