# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

January 19, 2021

BY EMAIL & ECF
Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. Marco Suazo Nunez**
**20 Cr. 393 (AKH)**

Dear Judge Hellerstein,

I write with the consent of the Government to respectfully request an adjournment of Mr. Suazo Nunez' sentencing in order to effectively prepare for the proceeding. The sentencing is currently scheduled for January 28, 2021.

Thank you for your consideration of this request.

Respectfully submitted,

Tamara L. Giwa
Counsel for Mr. Suazo Nunez
Federal Defenders of New York
(917) 890-9729

*The sentencing is adjourned until March 23, 2021 at 10:00 am*
*[signed] A. K. Hellerstein*
*1/21/2021*

Cc: AUSA Sarah Kushner (via ECF)