UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------- x
UNITED STATES                                                 :
                                                              :
                                                              :    ORDER
                                                              :
         -against-                                            :
                                                              :    20 Cr. 393 (AKH)
MARCO TULIO SUAZO NUNEZ,                                      :
                                                              :
                              Defendant.                      :
                                                              :
                                                              :
                                                              :
------------------------------------------------------------- x
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

        Currently, ECF No. 31 is marked as open.  However, the request contained in that sentencing submission was resolved when I sentenced the Defendant on March 23, 2021. Judgment was entered, and the case terminated, on April 13, 2021.  Accordingly, the Clerk shall terminate ECF No. 31.

        SO ORDERED.

Dated:    April 13, 2022                    /s/ Alvin K. Hellerstein
          New York, New York          ALVIN K. HELLERSTEIN
                                         United States District Judge